# Exhibit A

CSC

# Notice of Service of Process

**Transmittal Number: 35504285**
**Date Processed: 11/05/2026**

**Primary Contact:** Vivian Ching
Amazon.Com, Inc.
440 Terry Ave N
Seattle, WA 98109-5210

**Electronic copy provided to:**
Kimberly Thomas
Theresa Nixon
Lacy O'Block
Lizette Fernandez
Lynn Foley-Jefferson
Maria Catana
Stephanie Habben
Marchand Waldal
Karen Curtis

| | |
|---|---|
| **Document(s) Type:** | Summons/Complaint |
| **Matter Name/ID:** | Deangelo Flynn vs. Amazon.Com, Inc. (20142506) |
| **Case Number:** | 2026-LA-000530 |
| **Court/Agency:** | Kane County Circuit Court, IL |
| **Entity:** | Amazon.com Services, Inc.<br>Entity ID 2102616 |
| **Entity Served:** | Amazon.com, Inc., Amazon.com Services, LLC, Amazon, Inc. |
| **Nature of Case:** | Class Action |
| **Answer or Appearance Due:** | 30 Days |
| **Service Details:** | Served on CSC in Illinois on 11/05/2026 by Certified Mail |
| **Sender Information:** | Haiduk Law, P.C.<br>773-916-2529 |
| **Client Requested Information:** | Amazon Case Type: N/A |

**Narrative Summary:**

This is a class action filed in the Sixteenth Judicial Circuit, Kane County, Illinois, by plaintiff Deangelo Flynn (represented by Haiduk Law, P.C.) against Amazon.com, Inc., Amazon.com Services, LLC, Amazon, Inc., and A Super T LLC-DSP. The complaint alleges that Plaintiff received a bona fide job offer through Super T that was withdrawn in or about December 2025 after a background check revealed pending charges/arrest records. The suit asserts violations of the Illinois Human Rights Act (IHRA) and Title VII, claiming unlawful use of arrest records and discriminatory disparate impact/treatment that disproportionately affects Black applicants. The filing requests class relief, a jury demand, and alleges damages in excess of $50,000. The summons issued as a 30-day summons and case management is set for 12/15/2026.

**All service of process must be acknowledged through CSC's platform to confirm receipt.**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**Document ID: 49795530**

HAIDUK LAW, P.C.
825 WEST STATE STREET
SUITE 117D
GENEVA IL 60134

US POSTAGE PAID IMI
2026-11-02
60134
C4000004
Retail
9.0 OZFLAT
easypost
0901000010788

USPS CERTIFIED MAIL™

9414 8362 0855 1309 7977 04

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC.
ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703-4261

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

Clerk of the Circuit Court
Kane County, Illinois
9/28/2026 12:00 AM
FILED/IMAGED

**COUNTY:** Kane
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** DEANGELO FLYNN
*Who started the case.* *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Amazon.com, Inc., Amazon.com Services, LLC, Amazon, Inc., and A Super T LLC-DSP
*Who the case was filed against.* *First, Middle, and Last Name, or Business Name*

2026-LA-000530
**Case Number**

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Kane County Courthouse, 100 South Third Street, Geneva, Illinois 60134
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

________________ at ________ ☐ a.m. ☐ p.m. in ____________.
*Month, Day, Year* *Time* *Courtroom Number*

Case Number 2026-LA-000530

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person at:** . ______________________
*Courtroom Address* *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference at:** ______________________
*Video Conference Website*

Log-in information: ______________________
*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: ______________________
*Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: ______________ or Website: ______________
*Circuit Clerk's Phone Number* *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ more than 50,000.00.
*(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.
☐ Yes ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:
☐ I am having 1 Defendant/Respondent served and their information is on this form below.
☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 3.
*Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Amazon.com, Inc.
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:
Illinois Corporation Service Company
*First, Middle, and Last Name*

Street Address: 801 Adlai Stevenson Drive
*Street, Apt #*

City, State, ZIP: Springfield, Illinois 62703-4261
*City* *State* *Zip*

Telephone: (888) 280-4331 Email: ______________

*Case Number* 2026-LA-000530

c. **Second address** for this Defendant/Respondent:
☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: ______________________
*Street, Apt #*

City, State, ZIP: ______________________
*City* *State* *Zip*

Telephone: ______________ Email: ______________

d. Person who will serve your documents on this Defendant/Respondent:
☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: ______________________
*County & State*

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*
Name Haiduk Law, Attorney Mara Baltabols for Plaintiff Deangelo Flynn
*First, Middle and Last Name*
Registered Agent's name, if any ______________________
*First, Middle and Last Name*
Street Address 825 West State Street, Suite 117D
*Street, Apt #*
City, State, ZIP: Geneva, Illinois 60134
*City* *State* *Zip*
Telephone: (773) 916-2529 Email: mara@haiduklaw.com
Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

STOP The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: 9/28/2026 12:00 AM *Seal of Court*

Clerk of the Court: [signature]

**To be filled in by an officer or process server:**

Date of Service: ______________

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

2026-LA-000530
Case Number

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

Learn more about each step in the process and how to file in the instructions: ilcourts.info/how-to-summons.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**

- Read all documents attached to this *Summons.*
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil).*
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons)**:

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons.*
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number 2026-LA-000530

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Kane

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** DEANGELO FLYNN

*Who started the case.* — *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Amazon.com, Inc., Amazon.com Services, LLC, Amazon, Inc., and A Super T LLC-DSP

*Who the case was filed against.* — *First, Middle, and Last Name, or Business Name*

2026-LA-000530

**Case Number**

STOP Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is ______________________________ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: ______________________________

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: __________

On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________

City, State, ZIP: ______________________________

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: ______________________________

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: __________

On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________________

City, State, ZIP: ______________________________

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: __________.

2026-LA-000530
*Case Number* ____________

☐ On the **Business's agent:** ______________________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ____________

On this date: ______________ at this time: ______________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________

City, State, ZIP: ____________________________________________

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: ______________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________

City, State, ZIP: ____________________________________________

Other information about service attempt:

____________________________________________

____________________________________________

____________________________________________

**Second Attempt:** On this date: ______________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________

City, State, ZIP: ____________________________________________

Other information about service attempt:

____________________________________________

____________________________________________

____________________________________________

**Third Attempt:** On this date: ______________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________

City, State, ZIP: ____________________________________________

Other information about service attempt:

____________________________________________

____________________________________________

____________________________________________

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ ____________________ Print Your Name ____________________

You are: ☐ Sheriff in Illinois ☐ Special process server

☐ Sheriff outside Illinois: ______________ ☐ Licensed private detective, license number: ______________
*County and State* *License number*

**FEES:**

Service and Return: $__________ Miles: $__________ Total: $__________

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

Clerk of the Circuit Court
Kane County, Illinois
9/28/2026 12:00 AM
FILED/IMAGED

**COUNTY:** Kane
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** DEANGELO FLYNN
*Who started the case.* *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., AND A SUPER T LLC-DSP
*Who the case was filed against.* *First, Middle, and Last Name or Business Name*

2026-LA-000530
**Case Number**

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons.*

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Amazon.com Services LLC
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:
Illinois Corporation Service Company
*First, Middle, and Last Name*

Street Address 801 Adlai Stevenson Drive
*Street, Apt #*

City, State, ZIP: Springfield, Illinois 62703-4261
*City* *State* *Zip*

Telephone: ______ Email: ______

B. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address ______
*Street, Apt #*

City, State, ZIP: ______
*City* *State* *Zip*

Telephone: ______ Email: ______

C. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: ______
*County & State*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

Clerk of the Circuit Court
Kane County, Illinois
9/28/2026 12:00 AM
FILED/IMAGED

**COUNTY:** Kane
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** DEANGELO FLYNN
*Who started the case.* *First, Middle, and Last Name or Business Name*

2026-LA-000530
**Case Number**

**DEFENDANTS/RESPONDENTS:** AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., AND A SUPER T LLC-DSP
*Who the case was filed against.* *First, Middle, and Last Name or Business Name*

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Amazon, Inc.
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:
Illinois Corporation Service Company
*First, Middle, and Last Name*

Street Address 801 Adlai Stevenson Drive
*Street, Apt #*

City, State, ZIP: Springfield, Illinois 62703-4261
*City* *State* *Zip*

Telephone: ______ Email: ______

B. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address ______
*Street, Apt #*

City, State, ZIP: ______
*City* *State* *Zip*

Telephone: ______ Email: ______

C. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: ______
*County & State*

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

Clerk of the Circuit Court
Kane County, Illinois

9/28/2026 12:00 AM

FILED/IMAGED

**COUNTY:** Kane
*County Where You Are Filing the Case*

2026-LA-000530
**Case Number**

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** DEANGELO FLYNN
*Who started the case.* *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., AND A SUPER T LLC-DSP
*Who the case was filed against.* *First, Middle, and Last Name or Business Name*

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: A Super T LLC-DSP
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:
United States Corporation Agents, Inc.
*First, Middle, and Last Name*

Street Address 980 North Michigan Avenue, Suite 1085
*Street, Apt #*

City, State, ZIP: Chicago, Illinois 60611-4525
*City* *State* *Zip*

Telephone: (224) 706-7886 Email: ____

B. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address ____
*Street, Apt #*

City, State, ZIP: ____
*City* *State* *Zip*

Telephone: ____ Email: ____

C. Person who will serve your documents on this Defendant/Respondent:

☑ Sheriff in Illinois ☐ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: ____
*County & State*

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT**
**KANE COUNTY, ILLINOIS**

| | | |
|---|---|---|
| DEANGELO FLYNN, individually and on all other similarly situated, | ) | |
| Plaintiff, | ) | Case No. 2026-LA-000530 |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., and A SUPER T LLC-DSP, | ) | |
| Defendant. | ) | |

**NOTICE AND ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

To: Amazon, Inc.
801 Adlai Stevenson Drive
Springfield, Illinois 62703-4261

NOTICE

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on November 2, 2026

Signature ______________________

Date of Signature November 2, 2026

ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter.

PRINT or TYPE Name: ______________________________

Relationship to Entity/Authority to Receive Service of Process: ______________________
(Not Applicable if you are the named Defendant or Respondent)

Signature ______________________

Date of Signature ______________________

*(To be completed by the person sending the notice.) Date for return of waiver must be at least 30 days from the date on which the request is sent, or 60 days if the defendant is addressed outside the United States.

**(To be completed by the person sending the notice.) Date for answering complaint must be at least 60 days from the date on which the request is sent, or 90 days if the defendant is addressed outside the United States.

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT**
**KANE COUNTY, ILLINOIS**

| | | |
|---|---|---|
| DEANGELO FLYNN, individually and on all other similarly situated,<br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., and A SUPER T LLC-DSP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2026-LA-000530 |

**NOTICE AND ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

To: Amazon.com, Inc.
801 Adlai Stevenson Drive
Springfield, Illinois 62703-4261

NOTICE

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on November 2, 2026

Signature ________________________

Date of Signature November 2, 2026

ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter.

PRINT or TYPE Name: ______________________________

Relationship to Entity/Authority to Receive Service of Process: ______________________
(Not Applicable if you are the named Defendant or Respondent)

Signature ______________________

Date of Signature ______________________

*(To be completed by the person sending the notice.) Date for return of waiver must be at least 30 days from the date on which the request is sent, or 60 days if the defendant is addressed outside the United States.

**(To be completed by the person sending the notice.) Date for answering complaint must be at least 60 days from the date on which the request is sent, or 90 days if the defendant is addressed outside the United States.

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT**
**KANE COUNTY, ILLINOIS**

DEANGELO FLYNN, individually and on all other similarly situated,
Plaintiff,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., and A SUPER T LLC-DSP,
Defendant.

Case No. 2026-LA-000530

## NOTICE AND ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT

To: Amazon.com Services, LLC
801 Adlai Stevenson Drive
Springfield, Illinois 62703-4261

NOTICE

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on November 2, 2026

Signature ______________________

Date of Signature November 2, 2026

ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter.

PRINT or TYPE Name: ______________________________________________

Relationship to Entity/Authority to Receive Service of Process: ________________________
(Not Applicable if you are the named Defendant or Respondent)

Signature ______________________________

Date of Signature _________________________

*(To be completed by the person sending the notice.) Date for return of waiver must be at least 30 days from the date on which the request is sent, or 60 days if the defendant is addressed outside the United States.

**(To be completed by the person sending the notice.) Date for answering complaint must be at least 60 days from the date on which the request is sent, or 90 days if the defendant is addressed outside the United States.

Kane County Circuit Court THERESA E. BARREIRO ACCEPTED: 9/28/2026 9:59 AM By: DH Env #40197862

Theresa E. Barreiro
Clerk of the Circuit Court
Kane County, Illinois
9/28/2026 12:00 AM
FILED/IMAGED

**IN THE CIRCUIT COURT OF KANE COUNTY, ILLINOIS**
**SIXTEENTH JUDICIAL CIRCUIT**
**LAW DIVISION**

| | |
|---|---|
| DEANGELO FLYNN, individually and on behalf of other persons similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, AMAZON, INC., AND A SUPER T LLC-DSP,<br><br>*Defendants*. | Case No.: 2026-LA-000530<br><br>JURY DEMAND<br>Damages Exceed $50,000 |

**CLASS ACTION COMPLAINT**

NOW COMES the Plaintiff, Deangelo Flynn ("Flynn" or "Plaintiff") individually and on behalf of all other similarly situated individuals (the "putative class members"), by and through his attorneys, Haiduk Law, P.C., complains against Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon, Inc. (collectively "Amazon") and A Super T LLC ("Super T")[1] (collectively, "Defendants") as follows:

**NATURE OF THE ACTION**

1. This is an action brought by the above-named Plaintiff seeking relief for himself and other similarly situated individuals for Defendants' unlawful withdrawal or termination of employment on the basis of an arrest record.

[1] The IDHR Right to Sue Noticed revised the Respondents from Amazon.com, Inc. in the original filed charge (Ex. A) to Amazon.com Services, LLC and Amazon, Inc. in the IDHR Notice of Right to Sue. (Ex. B). Under 56 Ill. Admin. Code § 2520.360(c), an administrative charge before the Illinois Department of Human Rights may be amended to substitute or name additional respondents for relation back, or correct a misnomer at any time. Out of an abundance of caution to preserve the right to sue claim, all three defendants are listed for "Amazon" and are on notice of the claim.

See case management info on page 3

2. Recognizing the need to protect its citizens from situations like these, Illinois enacted the Illinois Human Rights Act, 775 ILCS 5/2, et seq. ("IHRA"), specifically to prevent employers from using an arrest record as a basis to refuse to hire. 775 ILCS 5/2-103.

3. Despite this law, Defendants disregarded Plaintiff's and others' statutorily protected civil rights by unlawfully using applicants' arrest records as a basis to act with respect to recruitment and hiring.

4. Plaintiffs and a similarly situated class of workers were thereby effectively terminated from jobs or had employment offers withdrawn based on the arbitrary, discriminatory use of criminal records screening, including use of arrest record or background results that included only pending charges and not convictions.

5. The experience of the Plaintiff and class members in this case is illustrative of the harms of discriminatory background checks and the absurdity of justifications for their use based on business necessity.

6. Plaintiff's claims further demonstrate that the use of criminal background checks and arrest record screening — like those at Defendants and other companies — disproportionately excludes Black and African American individuals from employment.

7. Defendants engaged in disparate treatment of Black and African American workers with criminal records by, among other things, excluding Plaintiff and class members based upon a mere arrest records.

## PARTIES

8. Plaintiff is resident of Kane County, Illinois.

9. At the time of his prior application to Defendants, Plaintiff had an arrest record and pending charges.

10. At all relevant times hereto, Plaintiff was an "employee" of Defendants as that term is defined in 775 ILCS 5/2-101(A).

11. At all relevant times hereto Defendants were the "employer" of Plaintiff as defined in 775 ILCS 5/2-101(B).

12. At all relevant times hereto, Plaintiff has been a "person" as defined by 42 U.S.C. § 2000e; and an "applicant for employment" under 42 U.S.C § 2000e-2.

13. At all relevant times hereto Defendants were the "employer" as defined by 42 U.S.C. § 2000e.

14. Each Amazon Defendant is a foreign corporation that conducts business in the State of Illinois and is registered under the laws of the State of Illinois.

15. The Super T Defendant is a domestic limited liability corporation that conducts business in the State of Illinois and is registered under the laws of the State of Illinois.

16. All actions relevant to this Complaint took place in Kane County, Illinois.

**JURISDICTION AND VENUE**

17. This Court has jurisdiction over Defendants pursuant to 775 ILCS 5/2-103 and 5/7A-102 because Defendants conduct business transactions in Illinois and committed tortious acts in Illinois.

18. This Court also has concurrent jurisdiction over Plaintiff's Title VII claim pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

19. Venue is proper because all of the alleged unlawful employment practices giving rise to this Complaint occurred within Kane County.

NOTICE
BY ORDER OF THE COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE ON THE DATE BELOW. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

Judge: Flood, Elizabeth K
12/15/2026 9:00 AM

## FACTUAL BACKGROUND

### I. The Illinois Human Right Act.

20. The IHRA takes inspiration from the Civil Rights Act of 1964 and aims to protect residents from discrimination. The IHRA changes continually to keep Illinois aligned with pivotal civil rights decisions handed down by district courts, appellate courts, the Illinois Supreme Court and the U.S. Supreme court. Over last the 40 years the IHRA has been updated to reflect expansions in protected classes and activities. These changes make Illinois one of the most socially progressive states in the country.

21. Defendants use an employee's arrest record as a basis to refuse to hire in reckless and/or willful violation of IHRA.

22. Defendants unlawfully refused to hire based on the existence of an arrest record in an employee's background.

### II. Title VII Protections Against Disparate Impact

20. In 1991, Congress Amended Title VII of the Civil Rights Act to explicitly prohibit "employment practice[s] that cause[] a disparate impact on the basis of race, color, religion, sex, or national origin" where an employer "fails to demonstrate that the challenged practice is job related for the position in question and consistent with business necessity." 42 U.S.C. § 2000e-2(k)(1)(A)(i).

## FACTS SPECIFIC TO PLAINTIFF

21. Plaintiff applied for work with Amazon through Super T.

22. Plaintiff received a bona fide job offer from Amazon through Super T.

23. On or about December 2025, after running his background check, Defendants withdrew his assignment with Amazon due to pending charges on his background report.

24. Plaintiff received adverse action correspondence from Defendants in December 2025 that stated in part:

*As you know and with your authorization, A Super T LLC - DSP and Amazon.com, Inc. or its subsidiaries or affiliates ("Amazon") requested a consumer report, also known as a background check report, about you. Information contained in the report may influence your eligibility to provide delivery services to Amazon customers on behalf of A Super T LLC - DSP .*

25. The adverse action correspondence listed only "pending" charges/arrest records and not convictions.

26. Defendants informed Plaintiff that his employment offer was rescinded based upon his background results.

27. Defendants' ultimate decision to terminate and withdraw Plaintiff's employment was based upon his arrest record.

28. Plaintiff's race is black and he is African American.

29. Defendants' use of Plaintiff's arrest record to disqualify him had a disparate impact upon Plaintiff based upon his race and equated to additional discrimination against Defendant based upon race.

## ADMINISTRATIVE EXHAUSTION

30. Plaintiff has exhausted all mandatory pre-complaint procedures required by law by filing timely administrative complaints with the Illinois Department of Human Rights ("IDHR" or "Department") and the Illinois Human Rights Commission ("IHRC" or "Commission"), and Equal Opportunity Employment Commission ("EEOC").

31. Previously, Plaintiff filed an individual and class charge with the IDHR against Defendants for discrimination, cross filed with the EEOC. *See* Group Exhibit A.

32. Plaintiff's charge alleged discrimination based on arrest record ("Count A") and discharge based on race ("Count B"). *Id.*

33. Plaintiff's charge was filed within 300 days after the alleged unlawful employment practices occurred. *Id.*

34. On July 2, 2026 the IDHR issued a Notice of Opt Out of the investigative and administrative process and right to commence a civil action ("IDHR Notice"). Ex. B.

35. On September 16, 2026 the EEOC issued a Notice of Opt Out of the investigative and administrative process and right to commence a civil action ("EEOC Notice"). Ex. B.

36. Plaintiff has filed this Complaint within 90 days of receiving the IDHR and EEOC Notice. Plaintiff has therefore exhausted his administrative remedies and has complied with all conditions precedent to initiating this action.

## CLASS ALLEGATIONS

37. **Class Definition**: Plaintiff brings this action on behalf of Plaintiff and a Class of similarly situated individuals, defined as follows:

> Arrest Record Class: All persons who had employment terminated, an offer of employment rescinded, or any other adverse employment action taken on the basis of Defendants' inquiry into or use of their arrest record(s).
>
> Disparate Impact Class: All Black and/or African American applicants who had employment terminated, an offer of employment rescinded, or any other adverse employment action taken by Defendants due to Defendants' criminal record screening policy and practices.
>
> Hereinafter Arrest Record Class and Disparate Impact Class collectively referred to as the "Class."

38. **Numerosity**: The exact number of Class members is unknown to Plaintiff at this time, but it is clear that individual joinder is impracticable. Defendants have used an arrest record as a basis to refuse to hire or terminate dozens of individuals who fall into the definition of the Class. Ultimately, the Class members will be easily identified through Defendants' records.

39. **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

a) whether Defendants' background check policy constitutes an unlawful inquiry into arrest records under the IHRA;

b) whether rescinding a job offer or terminating employment based in whole or in part on pending charges violates the IHRA;

c) whether Defendants' policies were uniformly applied across Illinois applicants or employees;

d) whether Defendants used arrest records and/or pending charges as a basis for rescinding job offers or terminating employment;

e) whether Defendants' practice had a disparate impact on Black/African American applicants and employees;

f) whether persons who had their applications denied or employment offer rescinded by Defendants are entitled to damages, and, if so, in what amount(s).

40. **Adequate Representation**: Plaintiff will fairly and adequately represent and protect the interests of the Class and has retained counsel competent and experienced in complex litigation and class actions. Plaintiff has no interests antagonistic to those of the Class, and Defendants have no defenses unique to Plaintiff. Plaintiff and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class and have the financial

resources to do so. Neither Plaintiff nor his counsel have any interest adverse to those of the other members of the Class.

41. **Appropriateness**: This class action is appropriate for certification because class proceedings are superior to all others available methods for the fair and efficient adjudication of this controversy and joinder of all members of the Class is impracticable. The damages suffered by the individual members of the Class are likely to have been small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendants' wrongful conduct. Thus, it would be virtually impossible for the individual members of the Class to obtain effective relief from Defendants' misconduct. Even if members of the Class could sustain such individual litigation, it would not be preferable to a class action because individual litigation would increase the delay and expense to all parties due to the complex legal and factual controversies presented in their Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court. Economies of time, effort, and expense will be fostered and uniformity of decisions will be ensured.

42. Plaintiff and his counsel will fairly and adequately protect the interests of the Class.

43. Plaintiff retained counsel experienced in complex class action litigation.

## CAUSES OF ACTION

### COUNT I-individually and on behalf of Plaintiff and the Arrest Record Class DISCRIMINATION ON THE BASIS OF ARREST RECORD UNDER THE IHRA

44. Plaintiff realleges and incorporates the above paragraphs.

45. As described above, Defendants discriminated against and discharged Plaintiff and others similarly situated based upon his arrest record in violation of the IHRA, 775 ILCS 5/2-103.

46. At all relevant times, Defendants were each an "employer" as defined by the IHRA. See 775 ILCS 5/2-101(B)(1)(A).

47. Section 2-103(A) of the IHRA makes it "a civil rights violation for any employer … to inquire into or to use an arrest record … as a basis to refuse to hire … or to act with respect to recruitment, hiring, selection for training." 775 ILCS 5/2-103(A).

48. Plaintiff's pending criminal charges constitute arrest records as that term is defined under the IHRA. See 775 ILCS 5/1-103(B-5)(1).

49. Plaintiff's pending criminal charges constitute arrest records as that term is defined under the IHRA. See 775 ILCS 5/1-103(B-5)(1).

50. Defendants committed a civil rights violation under Section 2-103(A) of the IHRA by acting with respect to Plaintiff's hiring on the basis of Plaintiff's arrest record.

51. Defendants committed a civil rights violation under Section 2-103(A) of the IHRA by rescinding Plaintiff's job offer on the basis of his arrest record.

52. An arrest record was the basis for Defendants' conduct and adverse employment action towards Plaintiff and others similarly situated.

53. Defendants' actions were willful, intentional, and/or done maliciously or with callous disregard or reckless indifference to Plaintiff's and others' protected rights.

54. As a direct and proximate result, Plaintiff and others similarly situated suffered loss of employment, wages, future income and other benefits of employment and incurred attorney fees and costs.

**WHEREFORE,** Plaintiff prays for a judgment against Defendants on behalf of himself and others similarly situated as follows:

A. That Defendants failed to adhere to statutory requirements prescribed in 775 ILCS 5/2-103;

B. That Defendants are liable Plaintiff and others with arrest records discriminated against as a result of the withdrawal or discharge of employment in violation of the IHRA;

C. That Defendants cease and desist discriminating based on arrest records in its employment practices;

D. That Defendants pay damages to Plaintiff and others incurred for Defendants' failure to meet the statutory requirements of the IHRA, as well as reasonable attorney's fees and costs incurred as a result of the civil rights violations alleged herein;

E. Certification of the case as a class action on behalf of the proposed Class;

F. Designation of Plaintiff as representative of the members of the Class; and

G. Designation of Plaintiffs' counsel of record as Class Counsel.

**COUNT II-individually and on behalf of Plaintiff and the Disparate Impact Class**
**DISCRIMINATION ON THE BASIS OF**
**DISPARATE IMPACT DISCRIMINATION**
**Violation of the Illinois Human Rights Act (775 ILCS 5/2-102)**

55. Plaintiff realleges and incorporates the above paragraphs.

56. Section 2-102(A) of the IHRA makes it a civil rights violation for any employer to refuse to hire, to segregate, or to act with respect to recruitment, hiring, promotion, renewal of employment, selection for training or apprenticeship, discharge, discipline, tenure or terms, privileges or conditions of employment on the basis of unlawful discrimination. 775 ILCS 5/2-102(A).

57. "Unlawful discrimination" under the IHRA includes discrimination against a person because of his or her race or color. 775 ILCS 5/1-103(Q).

58. At all relevant times, Plaintiff and members of the Disparate Impact Class were members of a protected class based on their race (Black/African American).

59. Defendants maintain and uniformly apply a facially neutral criminal background screening policy and practice that automatically disqualifies applicants and terminates employees who have arrest records or pending criminal charges on their consumer reports, without regard to convictions.

60. Defendants' policy and practice of utilizing arrest records and pending criminal charges to make adverse employment decisions has a severe, disproportionate, and adverse disparate impact on Black and African American applicants and employees.

61. Even if Defendants' policy and practice of denying employment opportunities to individuals with arrest records or pending charges, could be explained as a business necessity, less discriminatory alternatives exist that would have equally served said business necessity.

62. Defendants' conduct caused and continues to cause Plaintiff and the members of the Disparate Impact Class losses in earnings and other employment benefits.

63. Plaintiff and the Disparate Impact Class also seek injunctive and declaratory relief to correct Defendants' discriminatory policies and practices.

**WHEREFORE**, Plaintiff prays for a judgment against Defendants on behalf of himself and others similarly situated as follows:

A. That Defendants failed to adhere to statutory requirements prescribed in 775 ILCS 5/2-103;

B. That Defendants are liable Plaintiff and others with arrest records discriminated against as a result of the withdrawal or discharge of employment in violation of the IHRA;

C. That Defendants cease and desist discriminating based on arrest records in its employment practices;

D. That Defendants pay damages to Plaintiff and others incurred for Defendants' failure to meet the statutory requirements of the IHRA, as well as reasonable attorney's fees and costs incurred as a result of the civil rights violations alleged herein;

E. Certification of the case as a class action on behalf of the proposed Class;

F. Designation of Plaintiff as representative of the members of the Class; and

G. Designation of Plaintiffs' counsel of record as Class Counsel.

**COUNT III-individually and on behalf of Plaintiff and the Disparate Impact Class**
**DISCRIMINATION ON THE BASIS OF**
**DISPARATE IMPACT DISCRIMINATION**
**Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq.**

64. Plaintiff realleges and incorporates the above paragraphs.

65. Plaintiff timely cross-filed a charge with the EEOC with class-wide allegations and received a Right to Sue letter and have therefore exhausted requisite administrative remedies.

66. Defendants' policy and/or pattern or practice of denying employment to individuals with arrest records — including Plaintiff employees who had job offers revoked due to information on their background reports regarding pending charges or arrests — had a disparate impact on Black and African American workers and was neither job related nor consistent with business necessity.

67. Even if Defendants' policy and practice of denying employment opportunities to individuals with arrest records or pending charges, could be explained as a business necessity, less discriminatory alternatives exist that would have equally served said business necessity.

68. Defendants' conduct caused and continues to cause Plaintiff and the members of the Disparate Impact Class losses in earnings and other employment benefits.

69. Plaintiff and the Disparate Impact Class also seek injunctive and declaratory relief to correct Defendants' discriminatory policies and practices.

**WHEREFORE**, Plaintiff prays for a judgment against Defendants on behalf of himself and others similarly situated as follows:

A. That Defendants' practices and policies described in this Complaint are unlawful and violate 42 U.S.C. §§ 2000e et seq.;

B. That Defendants are liable Plaintiff and others with arrest records discriminated against as a result of the withdrawal or discharge of employment in violation of the Title VII;

C. That Defendants cease and desist discriminating against Black/African American applicants and employees based on arrest records in its employment practices;

D. That Defendants pay damages to Plaintiff and others incurred for Defendants' discriminatory practices as well as reasonable attorney's fees and costs incurred as a result of the civil rights violations alleged herein;

E. Certification of the case as a class action on behalf of the proposed Class;

F. Designation of Plaintiff as the representative of the members of the Class; and

G. Designation of Plaintiff's counsel of record as Class Counsel.

JURY DEMAND Plaintiff demands trial by jury.

Dated: September 27, 2026

Respectfully submitted,

**DEANGELO FLYNN, individually and on behalf of all others similarly situated,**

By: /s/ Mara Baltabols
One of the attorneys for Plaintiff and the putative class

Haiduk Law, P.C.
Mara Baltabols (#6299033)
825 W. State St., Suite 117D
Geneva, Illinois 60134
Tel. (773) 916-2529
admin@haiduklaw.com
mara@haiduklaw.com

# EXHIBIT A

Docusign Envelope ID: 5B7B24E6-8162-8AB9-80CD-FF99420C9AAB

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 260427011 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2026SF1554<br>21B-2026-00978 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Deangelo Flynn | | TELEPHONE NUMBER (include area code)<br>[redacted] |
|---|---|---|
| STREET ADDRESS CITY, STATE, AND ZIP CODE<br>[redacted] East Dundee, Illinois 60118 | | DATE OF BIRTH<br>[redacted]<br>MM/DD/YYYY |
| NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW) | | |
| NAME OF RESPONDENT<br>Amazon.com, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>50+ | TELEPHONE NUMBER (include area code)<br>1-888-280-4331 |
| STREET ADDRESS CITY, STATE, AND ZIP CODE<br>801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL 62703-4261 | | COUNTY<br>Sangamon |
| CAUSE OF DISCRIMINATION BASED ON:<br>Arrest Record: IHRA – (775 ILCS 5/2-103)<br>Race IHRA<br>Title VII of the Civil Rights Act of 1964 | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>December 2025<br>☒ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION

APR. 25, 2026
RECEIVED

BY:________________

<u>**SEE ATTACHED**</u>

**Page 1 of 3**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]<br>Signed by:<br>X Deangelo Flynn 4/24/2026<br>SIGNATURE OF COMPLAINANT DATE |
|---|---|

**RETURN THIS COPY**

Docusign Envelope ID: 5B7B24E6-8162-8AB9-80CD-FF99420C9AAB

COUNT ISSUE/BASES - Arrest and/or Conviction Record-Individually and on behalf of a Class

PRIMA FACIE ALLEGATIONS

1. I, Deangelo Flynn, applied for employment with Amazon.com, Inc. ("Respondent").

2. I received a job offer from Respondent through the staffing agency A Super T LLC - DSP .

3. On or about December 2025, after running my background check, Respondent withdrew my assignment, because of pending charges on my background report.

4. Respondent withdrew my employment with engaging in the interactive process required by Illinois law, or following the notice and decision process. I never received the proper communications, or a final determination compliant with the Illinois Human Rights Act.

5. If Respondent has a policy of rejecting job applicants with conviction records and/or arrest records without complying with the Illinois Human Rights Act, and as such, this charge is asserted on behalf of myself and all similarly-situated individuals.

COUNT B ISSUE/BASES - Disparate Impact Race Discrimination (unintentional discrimination) – Individual and Class Charge Violations of the Illinois Human Rights Act and Title VII of the Civil Rights Act of 1964

PRIMA FACIE ALLEGATIONS

1. My race is black

2. My application was denied due to my background.

3. I met all of Respondent's legitimate qualifications for the job.

4. National data supports a finding that policies like Respondent's excluding applicants and/or employees with criminal records from employment have a disparate impact based on race and national origin. *See* https://www.eeoc.gov/laws/guidance/enforcement-guidance-consideration-arrest-and-conviction-records-employment-decisions (including citations referenced therein). The disparate impact could exist on a store level, regional level, and/or up to and including a company-wide level.

Docusign Envelope ID. 5B7B24E6-8162-8AB9-80CD-FF99420C9AAB

5. Respondent's policy excluding certain employees with arrest or conviction records from employment is not job related and consistent with business necessity.

6. There are less discriminatory alternatives to Respondent's policy excluding certain employees with conviction records from employment Respondent failed to implement.

7. This charge is asserted on behalf of myself and all similarly-situated individuals.

Docusign Envelope ID: 5B7B24E6-8162-8AB9-80CD-FF99420C9AAB

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 260427017 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2026CF1563<br>21B-2026-00970 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| | |
|---|---|
| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Deangelo Flynn | TELEPHONE NUMBER (include area code)<br>[redacted] |
| STREET ADDRESS CITY, STATE, AND ZIP CODE<br>[redacted], Illinois 60118 | DATE OF BIRTH<br>[redacted]<br>MM/DD/YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| A Super T LLC - DSP | 50+ | (224) 706-7886 |

| STREET ADDRESS CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|
| 500 N MICHIGAN AVE STE 600, CHICAGO, IL 60611-3754 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Arrest Record: IHRA – (775 ILCS 5/2-103)<br>Race IHRA<br>Title VII of the Civil Rights Act of 1964 | December 2025<br>☒ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**SEE ATTACHED**

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION
APR. 25, 2026
RECEIVED
BY:________________

**Page 1 of 3**

| | |
|---|---|
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]<br>X Deangelo Flynn 4/24/2026<br>SIGNATURE OF COMPLAINANT DATE |

**RETURN THIS COPY**

Docusign Envelope ID: 5B7B24E6-8162-8AB9-80CD-FF99420C0AAB

COUNT ISSUE/BASES - Arrest and/or Conviction Record-Individually and on behalf of a Class

PRIMA FACIE ALLEGATIONS

1. I, Deangelo Flynn, applied for employment with A Super T LLC - DSP ("Respondent").

2. I received a job offer from Respondent through the staffing agency A Super T LLC - DSP .

3. On or about December 2025, after running my background check, Respondent withdrew my assignment, because of pending charges on my background report.

4. Respondent withdrew my employment with engaging in the interactive process required by Illinois law, or following the notice and decision process. I never received the proper communications, or a final determination compliant with the Illinois Human Rights Act.

5. If Respondent has a policy of rejecting job applicants with conviction records and/or arrest records without complying with the Illinois Human Rights Act, and as such, this charge is asserted on behalf of myself and all similarly-situated individuals.

COUNT B ISSUE/BASES - Disparate Impact Race Discrimination (unintentional discrimination) – Individual and Class Charge Violations of the Illinois Human Rights Act and Title VII of the Civil Rights Act of 1964

PRIMA FACIE ALLEGATIONS

1. My race is black

2. My application was denied due to my background.

3. I met all of Respondent's legitimate qualifications for the job.

4. National data supports a finding that policies like Respondent's excluding applicants and/or employees with criminal records from employment have a disparate impact based on race and national origin. *See* https://www.eeoc.gov/laws/guidance/enforcement-guidance-consideration-arrest-and-conviction-records-employment-decisions (including citations referenced therein). The disparate impact could exist on a store level, regional level, and/or up to and including a company-wide level.

5. Respondent's policy excluding certain employees with arrest or conviction records from employment is not job related and consistent with business necessity.

6. There are less discriminatory alternatives to Respondent's policy excluding certain employees with conviction records from employment Respondent failed to implement.

7. This charge is asserted on behalf of myself and all similarly-situated individuals.

# EXHIBIT B

**STATE OF ILLINOIS** )
) **ss**
**COUNTY OF COOK** )

**CHARGE NO.** 2026SF1554

**AFFIDAVIT OF SERVICE**

The undersigned served a copy of the attached **NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE** on July 2, 2026, to each person named below by email or first class mail, addressed as follows:

| For Complainant | For Respondent |
|---|---|
| Mara Baltabols<br>Haiduk Law, P.C.<br>825 W. State St., #117D<br>Geneva, IL 60134 | Neil Alexander<br>Littler Mendelson, P.C.<br>2301 McGee Street, Ste. 800<br>Kansas City, MO 64108 |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

[signature]

**PLEASE NOTE:**

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

**IN THE MATTER OF:**

| | | |
|---|---|---|
| DEANGELO FLYNN, | ) | |
| | ) | |
| COMPLAINANT, | ) | CHARGE NO. 2026SF1554 |
| AND | ) | EEOC NO. 21B-2026-00978 |
| AMAZON.COM SERICES LLC, AMAZON INC., | ) | |
| | ) | |
| RESPONDENT. | ) | |

**NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE**

For Complainant
Mara Baltabols
Haiduk Law, P.C.
825 W. State St., #117D
Geneva, IL 60134

For Respondent
Neil Alexander
Littler Mendelson, P.C.
2301 McGee Street, Ste. 800
Kansas City, MO 64108

DISMISSAL / NOTICE DATE: July 2, 2026

Date Perfected Charge Filed: April 25, 2026 Date Opt Out Request Filed: June 26, 2026

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 90 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and **ADMINISTRATIVELY CLOSE** the charge of civil rights violation(s).

DEPARTMENT OF HUMAN RIGHTS
James L. Bennett
Director

**STATE OF ILLINOIS** )
) **ss**
**COUNTY OF COOK** )

**CHARGE NO. 2026CF1563**

**AFFIDAVIT OF SERVICE**

The undersigned served a copy of the attached **NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE** on July 2, 2026, to each person named below by email or first class mail, addressed as follows:

| For Complainant | For Respondent |
|---|---|
| Mara Baltabols<br>Haiduk Law, P.C.<br>825 W. State St., #117D<br>Geneva, IL 60134 | Chief Executive Officer<br>A Super T LLC- DSP<br>500 N. Michigan Ave., Ste. 600<br>Chicago, IL 60611 |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

Kalen Reyes

**PLEASE NOTE:**

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

**IN THE MATTER OF:**
DEANGELO FLYNN,

COMPLAINANT,

AND

A SUPER T LLC-DSP,

RESPONDENT.

CHARGE NO. 2026CF1563
EEOC NO. 21B-2026-00970

**NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE**

For Complainant
Mara Baltabols
Haiduk Law, P.C.
825 W. State St., #117D
Geneva, IL 60134

For Respondent
Chief Executive Officer
A Super T LLC- DSP
500 N. Michigan Ave., Ste. 600
Chicago, IL 60611

DISMISSAL / NOTICE DATE: July 2, 2026

Date Perfected Charge Filed: April 25, 2026 Date Opt Out Request Filed: June 26, 2026

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 90 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and **ADMINISTRATIVELY CLOSE** the charge of civil rights violation(s).

DEPARTMENT OF HUMAN RIGHTS
James L. Bennett
Director

NOC Rev 01/13/2025

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/16/2026

**To:** Deangelo Flynn
c/o Mara Baltabols
Haiduk Law P.C.
Mara@haiduklaw.com

Charge No: 21B-2026-00978

EEOC Representative and email: Barbara Ystenes
SLTP MANAGER
barbara.ystenes@eeoc.gov

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
09/16/2026

Amrith Kaur Aakre
Director

**Cc:** Neil Alexander
Littler Mendelson, P.C.
Amazon@littler.com

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law.*** *If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 21B-2026-00978 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 21B-2026-00978 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/16/2026

**To:** Deangelo Flynn
c/o Mara Baltabols
Haiduk Law P.C.
Mara@haiduklaw.com

Charge No: 21B-2026-00970

EEOC Representative and email: Barbara Ystenes
SLTP MANAGER
barbara.ystenes@eeoc.gov

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
09/16/2026

Amrith Kaur Aakre
Director

**Cc:** A Super TLLC-DSP
500 N. Michigan Avenue, Ste 600
Chicago, IL 60611

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal.** You should **keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 21B-2026-00970 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 21B-2026-00970 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

USPS CERTIFIED MAIL™